UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SLITI v. BUSH | ) | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | ) | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | ) | Civil Case No. 05-0573 (RJL) |
| AL KAHAIY v. BUSH | ) | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | ) | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | ) | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | ) | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | ) | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | ) | Civil Case No. 08-1173 (RJL) |

## ORDER rd
(September 23, 2008)

Upon review of the Government's motion for partial relief from the July 30, 2008 scheduling order and the petitioners' oppositions, it is hereby

**ORDERED** that the following amended schedule shall govern the production of factual returns for petitioners currently held at Guantanamo Bay, Cuba in the above-listed cases:

    A. the government shall file factual returns for the six detainees in *Sliti v. Bush*, 05-cv-0429 and the four detainees in *Ghazy v. Bush*, 05-cv-2223 no later than October 21, 2008;

    B. the government shall file factual returns for the individual detainees in *Kabir v. Bush*, 05-cv-0431; *Mammar v. Bush*, 05-cv-0573; *Al Kahaiy v.*

*Bush*, 05-cv-1239; *Al Ginco v. Bush*, 05-cv-1310; *Al Bihani v. Bush*, 05-cv-1312; *Rumi v. Bush*, 06-cv-0619; and *Obaydullah v. Bush*, 08-cv-1173 no later than November 21, 2008.

**SO ORDERED.**

                                                            _____
                                                            RICHARD J. LEON
                                                            United States District Judge