UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| SLITI v. BUSH | ) | Civil Case No. 05-0429 (RJL) |
| GHAZY v. BUSH | ) | Civil Case No. 05-2223 (RJL) |

SCHEDULING ORDER
(October 31, 2008)

It is hereby **ORDERED** that the Court will hold habeas proceedings in the above-captioned cases for the following petitioners on the following dates:

| Petitioner | Case No. | Date of Proceeding |
|---|---|---|
| Moath Hamza Ahmed Al Alwi | 05-cv-2223 | Tues, December 16, 2008 |
| Yousuf Al Karany | 05-cv-0429 | Wed, December 17, 2008 |
| Hisham Sliti | 05-cv-0429 | Thur, December 18, 2008 |

It is further **ORDERED** that habeas hearings for the remaining petitioners in the above-captioned cases will be scheduled at a later date.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge