UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED EL GHARANI, </br></br>Petitioner, </br></br>v. </br></br>GEORGE W. BUSH, *et al.*, </br></br>Respondents. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Case No. 05-429 (RJL) </br> ) </br> ) </br> ) </br> ) |

## FINAL JUDGMENT

For the reasons set forth in the classified Memorandum Opinion entered this date, and for the reasons set forth on the record at the hearing held on January 14, 2009, it is, this 30th, day of January, 2009, hereby

**ORDERED** that Petitioner Mohammed el Gharani's petition for writ of habeas corpus is **GRANTED**. It is further

**ORDERED** that respondents are directed to take all necessary and appropriate diplomatic steps to facilitate the release of petitioner el Gharani forthwith.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge