**APPROVED FOR PUBLIC FILING BY CSO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HEDI HAMMAMY,** *et al.* ) <br> ) <br> ) <br>                Petitioners, ) <br> ) <br>         v. ) <br> ) <br> **BARACK OBAMA,** *et al.*, ) <br> ) <br>                Respondents. ) | Civil Action No. 05-cv-429 (RJL) |

**NOTICE OF APPEAL**

NOTICE is hereby given that Petitioner Hedi Hammamy hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated April 2, 2009 (Dkt. No. 226), denying Mr. Hammamy's Petition for Writ of Habeas Corpus.

Mr. Hammamy is filing together with this notice a motion to appeal *in forma pauperis*.

Dated: May 1, 2009

Respectfully submitted,

Clive Stafford Smith (LA Bar No. 14444)
Zachary Katznelson (CA Bar No. 209489)
Cori Crider (Member NY Bar)
Ahmed Ghappour (CA Bar No. 255723)
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk
ahmed@reprieve.org.uk

*Counsel for Petitioner Hedi Hammamy*

**APPROVED FOR PUBLIC FILING BY CSO**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2009, I served the foregoing Notice of Appeal upon counsel for Respondents by filing the document via the Court's ECF system.

_____
Zachary Katznelson