APPROVED FOR PUBLIC FILING BY CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HEDI HAMMAMY,** *et al.* ) ) ) ) Petitioners, ) ) v. ) ) **BARACK OBAMA,** *et al.*, ) ) Respondents. ) ) | Civil Action No. 05-cv-429 (RJL) |

## MOTION TO APPEAL *IN FORMA PAUPERIS*

Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, Petitioner Hedi Hammamy hereby moves for an order permitting him to appeal *in forma pauperis* this Court's denial of his petition for writ of habeas corpus.  Because of Mr. Hammamy's poverty, he is unable to pay the costs of this appeal or post a bond for them.  Because of Mr. Hammamy's incarceration at the United States Naval Station at Guantánamo Bay, Cuba, completion of the *in forma pauperis* affidavit attached as Form 4 to the Federal Rules of Appellate Procedure is not practicable in this case.  As counsel for Mr. Hammamy, my sworn declaration attesting to Mr. Hammamy's indigency is attached hereto.  Based on my familiarity with the facts in this case, I believe that Mr. Hammamy is entitled to relief, as outlined in the affidavit.

**APPROVED FOR PUBLIC FILING BY CSO**

For the reasons set forth, the Court should grant Petitioner Hammamy's motion to appeal *in forma pauperis*.

Dated: May 1, 2009

Respectfully submitted,

_____
Zachary Katznelson
REPRIEVE
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

*Counsel for Petitioner Hedi Hammamy*

<u>Declaration of Zachary Katznelson</u>

1. My name is Zachary Katznelson. I am a member of the Bar of the State of California, Bar Number 209489. I am Legal Director of Reprieve, a non-profit based in the United Kingdom.

2. I represent Petitioner Hedi Hammamy in the above-captioned matter. My representation is entirely *pro bono*, as my client is indigent.

3. Mr. Hammamy is a prisoner (ISN 717) at the United States Naval Station at Guantánamo Bay, Cuba. He has been imprisoned by the United States since approximately August 2002.

4. Mr. Hammamy is a citizen of Tunisia. His family does not have the assets to pay for this proceeding.

5. Mr. Hammamy has had no income during the period of his incarceration. He has had virtually no contact with the outside world. Even if he had assets outside the prison to pay for this appeal, which he does not, he has no practicable way to access them.

6. Because Mr. Hammamy has no assets and is unable to present any evidence on his own behalf before this Court, I hereby request that he be allowed to appeal *in forma pauperis*.

7. Mr. Hammamy claims an entitlement to redress.

8. Specifically, he intends to raise on appeal the following issues, which he believes are meritorious. This is not an exhaustive list of all issues that might be raised on appeal.

    A. application by the District Court of an improper standard of proof;

    B. application of an improper definition of an enemy combatant, pursuant to *Hamdi v. Rumsfeld*, 542 U.S. 507 (2004) and related cases;

    C. lack of evidence supporting the Court's verdict;

    D. improper admission and reliance on hearsay evidence;

    E. improper reliance on inadequately sourced information, in violation of *Parhat v. Gates*, 532 F.3d 834 (D.C. Cir. 2008).

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Executed on May 1, 2009 in London, England.

_____
Zachary Katznelson

**APPROVED FOR PUBLIC FILING BY CSO**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2009, I served the foregoing Motion to Appeal *In Forma Pauperis* upon counsel for Respondents by filing the document via the Court's ECF system.

_____
Zachary Katznelson